UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STACEY REILLY,

    Defendant.
_____/

Case: 2:21−cr−20024
Assigned To : Berg, Terrence G.
Referral Judge: Patti, Anthony P.
Assign. Date : 1/21/2021
Description: INFO USA v. REILLY (SO)

CRIMINAL NO.

HONORABLE

VIO: 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(c)(1)(A)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi)
*Possession with intent to distribute a controlled substance (Fentanyl)*

On or about January 6, 2020, in the Eastern District of Michigan, the defendant, Stacey Reilly, knowingly and intentionally possessed with the intent to distribute at least 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT TWO**
18 U.S.C. § 922(g)(1)
*Felon in possession of a firearm*

On or about January 6, 2020, in the Eastern District of Michigan, the defendant, Stacey Reilly, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, an SCCY pistol, Model CPX-2, 9mm caliber, said firearm having been previously shipped and transported in interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT THREE**
18 U.S.C. § 924(c)(1)(A)
*Possession of a firearm in furtherance of a drug trafficking crime*

On or about January 6, 2020, in the Eastern District of Michigan, the defendant, Stacey Reilly, did knowingly possess a firearm, that is, an SCCY pistol, Model CPX-2, 9mm caliber, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance as alleged in Count One of this Information; in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATIONS
21 U.S.C. § 853; 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
*Criminal Forfeiture*

The allegations contained in this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d) and Title 28 United States Code, Section 2461(c).

Upon conviction of the offense set forth in Count One of the Information, the convicted defendant shall forfeit to the United States: (a) any property constituting or derived from, any proceeds obtained, directly or indirectly, as a result of such violation; and (b) any property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, pursuant to Title 21, United States Code, Section 853(a).

Upon conviction of the offenses set forth in Counts Two and Three of this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28 United States Code, Section 2461(c), any firearm and ammunition involved in or used in the knowing commission of the offenses, including, but not limited to, the following: one SCCY pistol, Model CPX-2, 9mm caliber and ammunition.

**Substitute Assets:** If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to forfeit any property of such defendant up to the value of the forfeitable property described above.

MATTHEW SCHNEIDER
United States Attorney


MATTHEW ROTH
Chief, Major Crimes Unit

*Meghan S. Bean*

_____
MEGHAN SWEENEY BEAN (P80790)
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI 48226
(313) 226-0214
meghan.bean@usdoj.gov


Dated: January 21, 2021